**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6403

LEO BRANDON FARNSWORTH,

Plaintiff - Appellant,

v.

MELVIN DAVIS, Warden; CHIEF OF SECURITY NORTHUP; LEAD
INVESTIGATOR ALVIS; SERGEANT WARRING; A. LANIER, Building
Supervisor,

Defendants - Appellees,

and

HAROLD W. CLARKE, Director of VDOC; RALPH S. NORTHAM, Governor of
Virginia; BRIAN MORAN, Director/Superintendent of Public Safety for the
Commonwealth of Virginia; GREENROCK CORRECTIONAL CENTER,

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at
Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:20-cv-00264-MFU-JCH)

Submitted:  August 29, 2023                    Decided:  September 1, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leo Brandon Farnsworth, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Brandon Farnsworth appeals the district court's order denying relief on his second amended complaint, which he filed pursuant to 42 U.S.C. § 1983. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Farnsworth v. Davis*, No. 7:20-cv-00264-MFU-JCH (W.D. Va. signed Mar. 28, 2023 & entered Mar. 30, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*